Husband and wife receive social security benefits amounting to $35 a month and $19 a month respectively. Their total income thus is $54 a month, out of which they pay $34 rent exclusive of gas and electricity. Occasionally various members of the family help to contribute to their support.

This clearly is a case for the granting of a preference on the ground of old age, the poverty of the plaintiff and his wife, the seriousness and permanency of the injury received, and the likelihood that the plaintiff, in view of his condition, may not survive until the action is reached in the regular course for trial.

Dore, J. P., Cohn and Callahan concur in decision; Shientag, J., dissents and votes to reverse in an opinion in which Van Voorhis, J., concurs.

Order affirmed, with $20 costs and disbursements to the respondent. No opinion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX STARK and PHILIP BROSELOFSKY, Appellants.— Judgments unanimously reversed and the information dismissed upon the ground that there was no proof that the crime of conspiracy charged in the information was committed in the State of New York. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX STARK and PHILIP BROSELOFSKY, Appellants.— Appeals, having become academic by virtue of the decision of this court in appeals decided herewith (ante, p. 760) are dismissed. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HARRY I. GREENE, Appellant, v. BAC CORPORATION et al., Defendants, and MORRIS PLOSCOWE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 927.]

DELITE DE BEIXEDON, Respondent, v. FRANCIS K. DE BEIXEDON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The preference was properly granted. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of WALTER A. FORSTER, Respondent, against BENJAMIN EISLER et al., Attorneys at Law, et al., Appellants.— Order unanimously modified by reducing to $1,500 the sum which respondents-appellants Benjamin Eisler and Jacob M. Offenhender are directed to return to petitioner and by referring to an official referee to hear and report to Special Term with respect to the terms of the escrow agreement and, particularly, as to whether it provided for the retention of any part of the balance of the fund for payment of the fees of the wife's attorney. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD LLOYD BARCLAY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ.